```
UNITED STATES OF AMERICA,    )
                             )    No.  CR 03-40210 SBA
     Plaintiff,              )
                             )
     v.                      )    ORDER AUTHORIZING
                             )    ISSUANCE OF SUBPOENA DUCES
MOHAMMED YOUSEF CHAUDHRY,    )    TECUM AND ORDERING COSTS PAID
ALI H. KHAN,                 )    AS IF SUBPOENAED BY THE
                             )    GOVERNMENT
     Defendants.             )
_____)
```

On the motion of defendant Mohammed Yousef Chaudhry pursuant to Rules 17 (b) and ( c) of the Federal Rules of Criminal Procedure, and GOOD CAUSE appearing therefore,

IT IS HEREBY ORDERED that the attached subpoena duces tecum issue to the Custodian of Records, United States Department of the Treasury, Internal Revenue Service, for production of materials as set forth in the subpoena. It is further ordered that any costs or fees associated with the service of said subpoena, or with production of materials or documents in response, be paid as if subpoenaed by the government.

IT IS FURTHER ORDERED that the subpoena command production of the material to the courtroom of the Honorable Saundra Brown Armstrong no later than September 10, 2007.

DATED: 8/21/07

_____
HONORABLE SAUNDRA BROWN ARMSTRONG
United States District Judge

CAND 89B (Rev. 1/06) Subpoena to Produce Documents or Objects in a Criminal Case

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

United States of America

**SUBPOENA TO PRODUCE DOCUMENTS OR OBJECTS IN A CRIMINAL CASE**

V.

Mohammad Yousuf Chaudhry and Ali H. Khan

Case Number: CR 03-40210 SBA

TO:

Custodian of Records, United States Department of the Treasury, Internal Revenue Service

YOU ARE COMMANDED to produce at the place, date, and time specified the document(s) or object(s) indicated below. If compliance would be unreasonable or oppressive, you may file a motion requesting the court to quash or modify the subpoena, to review the documents *in camera*, or to permit production only pursuant to a protective order.

| PLACE | | | COURTROOM/JUDGE |
|---|---|---|---|
| ☐ United States Courthouse 450 Golden Gate Avenue San Francisco, CA 94102 | ☐ United States Courthouse 280 South First Street San Jose, CA 95113 | ☒ United States Courthouse 1301 Clay Street Oakland, CA 94612 | Courtroom 3/ SBA |
| If the document(s) or object(s) are produced in advance of the date specified, either to the court in an envelope delivered to the clerk's office or to the issuing attorney whose name and address appears below, no appearance is necessary. | | | DATE AND TIME ~~August 2X, X00X~~ 9:00 a.m. September 10, 2007 |

The following document(s) or object(s) shall be produced:

Tax returns, amended returns, and any related forms and documents filed by or on behalf of Mohammad Yousuf Chaudhry (SSN 080641036), Areena Chaudhry (SSN 145681118), RT Computers (EIN 770443290), Alternative Energy Systems (AES) for tax years 1995 through the present; Currency Transaction Reports filed by or on behalf of or arising out of a transaction with Mohammad Yousuf Chaudhry, RT Computers, or AES; IRS form 8300 filed by or on behalf of or arising out of a transaction with Mohammad Yousuf Chaudhry, RT Computers, or AES; files, records, notes, documents relating to any criminal, administrative, or compliance investigation of or action by or against Mohammad Yousuf Chaudhry, Areena Chaudhry, RT Computers, AES.

NOTE: Parties requesting a subpoena requiring the appearance of a witness to testify at a criminal proceeding or to testify and bring documents to a criminal proceeding, must use Form CAND 89A, *Subpoena to Testify in a Criminal Case*. Forms are available at the Court's Internet site: http://www.cand.uscourts.gov.

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT Richard W. Wieking (By) Deputy Clerk *[signature]* | DATE |
|---|---|

ATTORNEY NAME, ADDRESS AND PHONE NUMBER:

Erik Babcock, Esq., 1212 Broadway, Suite 726, Oakland, CA 94612 (510) 452-8400.