**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9         FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,                 No. CR 03-40210 CRB

12              Plaintiff,                      **ORDER**

13       v.

14   MOHAMMAD YOUSUF CHAUDHRY

15              Defendant.
                                          /
16

17       Now before this Court is Defendant's motion for an Order that he will be kept at

18   F.M.C. Butner pending final disposition of his case.  Defendant explains that he wishes to

19   avoid cross-country travel to and from this district in light of the fact that he expects either to

20   remain incarcerated at Butner or to be released to a family member in that area.  Moreover,

21   Defendant explains that communication with his attorney is far more difficult when he is in

22   transit in the custody of the U.S. Marshals.

23       In response to a recent request of the Bureau of Prisons, this Court recently ordered

24   that Defendant's comprehensive evaluation would continue until December 4, 2009.  This

25   Court hereby ORDERS that when this evaluation is completed, Defendant shall remain at

26   ///

27   ///

28   ///

1   F.M.C. Butner until further order of this Court.

2   **IT IS SO ORDERED.**

3

4

5   Dated: October 29, 2009

    CHARLES  R. BREYER
    UNITED STATES DISTRICT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California