IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 03-40210 CRB |
| Plaintiff, | **ORDER** |
| v. | |
| MOHAMMAD YOUSUF CHAUDHRY, | |
| Defendant. / | |

Good cause appearing, defendant Mohammad Yousuf Chaudhry's Request for Permission to Change Residences and Custodians is granted.

**IT IS ORDERED** that he may reside at the home of his daughter Rabea Chaudhry at **[ADDRESS REDACTED]**, Hayward, CA, until such time as an appearance may be scheduled so that Zahid Chaudhry may come to court to sign an appearance bond and formally agree to act as custodian for Chaudhry within five days of his change of residency.

Chaudhry's request to travel to Pakistan is denied.

**IT IS SO ORDERED.**

Dated: January 13, 2010

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE