UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MOHAMMAD YOUSUF CHAUDHRY,<br><br>Defendant. | Case No. CR 03-40210 CRB<br><br>[PROPOSED] ORDER |

Good cause appearing, defendant Mohammad Yousuf Chaudhry's Request for Permission to Travel is granted.

**IT IS HEREBY ORDERED** that defendant Chaudhry may travel to Pakistan, pursuant to the following conditions:

1. His brother, Zahid A. Chaudhry, accompany him on the trip;
2. The trip last no longer than one month;
3. Non-refundable roundtrip tickets are purchased prior to departure, the details of which (*i.e.*, dates and times of departure and return, and airline flight numbers) shall be provided to Assistant United States Attorney Kirstin M. Ault prior to

1  departure; and

2      4. Prior to departure, both defendant and his brother Zahid A. Chaudhry shall appear before United States Magistrate Judge Robert E. Bacharach, Courtroom 101, United States Courthouse, 200 NW 4th Street, Oklahoma City, Oklahoma, to sign a bond agreeing to the three conditions enumerated above.

**IT IS FURTHER ORDERED** that the Clerk of the U.S. District Court for the Northern District of California, Oakland Division, shall immediately return to defendant Chaudhry's daughter, Amina Chaudhry, defendant's expired passport currently in the Clerk's possession.

Dated: February 3, 2011

_____
CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE