IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>  v.<br>MOHAMMAD YOUSUF CHAUDHRY,<br>    Defendant.<br>_____/ | No. C 03-40210 CRB<br><br>**ORDER** |

For the reasons stated in open court and good cause appearing, defendant Mohammad Yousuf Chaudhry's Request to Remove Conditions of Release is GRANTED subject to the following two requirements:

(1) Mr. Chaudhry must advise the government and the Court of his current residence and any future change of residence;

(2) Mr. Chaudhry must advise the government and the Court of any intention to leave the country and receive prior approval from the Court to do so.

**IT IS SO ORDERED.**

Dated: August 24, 2011

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2003\40210cr\Order re Conditions.wpd