MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

KIRSTIN M. AULT (CABN 206052)
Assistant United States Attorney

   450 Golden Gate Ave., Box 36055
   San Francisco, CA 94102
   Telephone: (415) 436-6940
   Facsimile: (415) 436-7234
   E-mail: kirstin.ault@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 03-40210 CRB |
| Plaintiff, | |
| v. | **UNITED STATES' OPPOSITION TO DEFENDANT CHAUDHRY'S REQUEST FOR PERMISSION TO TRAVEL** |
| MOHAMMAD YOUSUF CHAUDHRY, | |
| Defendant. | |

    The United States respectfully opposes the defendant's request for permission to travel to Pakistan. While the defendant has been permitted to travel in the past, the United States believes that the defendant's conviction of multiple offenses, carrying a sentence of up to 10 years of imprisonment, provides him with a greater incentive to flee than previously existed. Morever, in light of the defendant's mental state, which the Court has found renders him incompetent to be sentenced, the United States believes that it is inappropriate for the Court to allow the defendant to travel unsupervised for a lengthy period of time. The United States believes that the defendant is in need of long-term care and treatment for his mental illness.

    Moreover, in light of the Ninth Circuit's ruling, the United States will be requesting that the Court order periodic reevaluations of the defendant to determine if he regains competency so

that he may be sentenced.  The United States believes that the defendant should not be permitted to take a lengthy trip to Pakistan while his mental state is still under evaluation.

DATED: May 25, 2012				Respectfully Submitted,

						MELINDA HAAG
						United States Attorney

						         /s

						_____
						KIRSTIN M. AULT
						Assistant United States Attorney