UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MOHAMMAD YOUSUF CHAUDHRY,<br><br>Defendant. | Case No. CR 03-40210 CRB<br><br>[~~PROPOSED~~] ORDER |

Good cause appearing, defendant Mohammad Yousuf Chaudhry's Request for Permission to Travel is granted.

**IT IS HEREBY ORDERED** that Mr. Chaudhry may travel to Pakistan, where he is to reside in the home of his brother Chaudhry Amjad Mahmood at the address provided to the government prior to his departure, until no later than March 1, 2013, at which time he is to return to the United States.

Dated: May 25, 2012

For _____
CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE